**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br>DIVINE DEDICATION, INC.<br>EIN:  84-1595585<br><br>        Debtor. | Case No. 15-16878 TBM<br>Chapter 11 |

**DISCLOSURE REGARDING RECEIVERS**

   Divine Dedication, Inc. ("Debtor"), by its proposed counsel Jackson Kelly PLLC, pursuant to L.B.R. 1007-7, hereby discloses as follows:

☒ No receiver is in possession of Debtor's property.

☐ A receiver is in possession of all or part of the Debtor's property:

  property(ies):_____
  Name of Creditor: _____
  Name, Address and Telephone Number of Receiver:
  _____
  _____
  _____
  Attorney for Receiver (if any): _____
  Name, Address and Telephone Number of Attorney:
  _____
  _____
  Date of Appointment of Receiver: _____
  Court Appointing Receiver and Case No: _____
  _____

4847-1627-1653.v1

Dated:   June 23, 2015.

>JACKSON KELLY PLLC
>
>By: */s/ Steven T. Mulligan*
>     Steven T. Mulligan, #19901
>     Lara S. Nochomovitz, #41329
>1099 18th Street, Suite 2150
>Denver, CO 80202
>Telephone: (303) 390-0003
>Facsimile: (303) 390-0177
>smulligan@jacksonkelly.com
>lnochomovitz@jacksonkelly.com
>
>Proposed Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2015, a copy of the Disclosure Regarding Receivers, was served via U.S. Mail, first class postage prepaid, on

Office of the United States Trustee
Attn: Daniel J. Morse
308 West 21st Street, Suite 203
Cheyenne, Wyoming  82001

>*/s/ Jacelyn Delay*
>Jacelyn Delay

4847-1627-1653.v1